**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2121

JERNICE HAMILTON, a/k/a/ Garnaris Hamilton,

Plaintiff - Appellant,

v.

ARMY BOARD FOR CORRECTIONS, Military Records; DENNIS WILLIAM DINGLE, Director 1073592077; CHARLES M. MARTIN, Chair Person,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:21-cv-00195-BHH)

Submitted:  May 18, 2023                          Decided:  May 22, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jernice Hamilton, Appellant Pro Se.  Beth Drake, Acting United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jernice Hamilton appeals the district court's order adopting the magistrate judge's recommendation to dismiss without prejudice for lack of subject matter jurisdiction Hamilton's pro se civil action. We have reviewed the record de novo and identified no error in the district court's decision to grant Defendants' Fed. R. Civ. P. 12(b)(1) motion to dismiss. *See Bulger v. Hurwitz*, 62 F.4th 127, 135 (4th Cir. 2023) (stating standard of review for a Rule 12(b)(1) dismissal). Accordingly, we affirm the district court's dismissal order. *Hamilton v. Army Bd. for Corrs.*, No. 2:21-cv-00195-BHH (D.S.C. Sept. 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*